STATE OF NEW JERSEY v. RONALD L. SMITH.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD C. POACHES.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT MASON.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. GRADY C. LIVINGSTON.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. FERNANDO S. PINTOS.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. LUCJA SWIDERSKA.

Oct. 22, 1979.   Petition for certification denied.